Case 2:02-cr-00559-LRH-PAL   Document 88   Filed 02/04/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:02-CR-0559 LRH-PAL-1 |
| DWIGHT LEE LUND ) | USM No: 36382-048 |
| ) | |
| Date of Original Judgment: 10/28/2003 ) | |
| Date of Previous Amended Judgment: 11/03/2003 ) | NISHA BROOKS WHITTINGTON (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/03/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/13/2015

*Judge's signature*

Effective Date:  11/01/2015          LARRY R. HICKS, U.S. District Judge
*(if different from order date)*          *Printed name and title*