AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2  Not for Public Disclosure

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 06 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
DWIGHT LEE LUND

)
)
)
)
)
)
)

Case No: 2:02-CR-0559 LRH-PAL-1

USM No: 36382-04802

NISHA BROOKS WHITTINGTON (AFPD)
*Defendant's Attorney*

Date of Original Judgment: 10/28/2003
Date of Previous Amended Judgment: 2/5/2015
*(Use Date of Last Amended Judgment if Any)*

\*AMENDED ORDER and MODIFIED JUDGMENT
## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☑\* and stipulation by the parties ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **188** months **is reduced to** **151 MONTHS**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **11/03/2003** shall remain in effect.
**IT IS SO ORDERED.**

\* Order Date: 2/5/15

Effective Date: 11/01/2015
*(if different from order date)*

*Judge's signature*

LARRY R. HICKS, U.S. District Judge
*Printed name and title*

\* Asterisk identifies amendments