UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:02-CR-00559-LRH-PAL |
| Plaintiff, | USM No.: 37382-048 |
| vs. | |
| DWIGHT LEE LUND, | AMENDED ORDER[1] |
| Defendant. | |
| Dated of Original Judgment: 10/28/2003 | Defendant's Attorney: |
| Date of Previous Amended Judgment: 11/03/2003 | Nisha Brooks-Whittington |

Upon motion of the Defendant and stipulation between the Defendant and the Government for a sentence reduction pursuant to Title 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to Title 28 U.S.C. § 994(u), and having considered such motion and stipulation, and taking into account the policy statement set forth at USSG ¶ 1B1.10 and the sentencing factors set forth in Title 18 U.S.C. § 3553(a), to the extent they are applicable,

IT IS ORDERED that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of one hundred and eighty-eight (188) months is reduced to one hundred and fifty-one (151) months.  This modification shall not become effective until November 1, 2015.

---

[1] This Amended Order has been entered to correct the USM No. of defendant and to clarify that the defendant's sentence modification shall not become effective until November 1, 2015.

1 |         Except as otherwise provided, all provisions of the amended judgment dated November 3,
2 | 2003, shall remain in effect.
3 |         IT IS SO ORDERED.
4 |         DATED this 6th day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE