AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

```
              ☑ FILED        ___ RECEIVED
              ___ ENTERED    ___ SERVED ON
                       COUNSEL/PARTIES OF RECORD

                       FEB 06 2015

                  CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America )
v. )
DWIGHT LEE LUND ) Case No: 2:02-CR-0559 LRH-PAL-1
)
) USM No: *37382-048
)
Date of Original Judgment: 10/28/2003 )
Date of Previous Amended Judgment: 2/06/2015 ) NISHA BROOKS WHITTINGTON (AFPD)
*(Use Date of Last Amended Judgment if Any)*      *Defendant's Attorney*

## AMENDED ORDER and MODIFIED JUDGMENT
## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☑ and stipulation by the parties ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __188__ months **is reduced to** __151 MONTHS__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __11/03/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __11/06/15__

                         *Judge's signature*

Effective Date: __11/01/2015__         LARRY R. HICKS, U.S. District Judge
*(if different from order date)*              *Printed name and title*


\* Asterisk identifies amendments