AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 12 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DBN _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
DWIGHT LEE LUND

Case No: 2:02-CR-0559 LRH-PAL-1
USM No: 37382-048

Date of Original Judgment: 10/28/2003
Date of Previous Amended Judgment: 2/06/2015
*(Use Date of Last Amended Judgment if Any)*

NISHA BROOKS WHITTINGTON (AFPD)
*Defendant's Attorney*

\* SECOND AMENDED ORDER and MODIFIED JUDGMENT

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☑ and stipulation by the parties ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/03/2003  shall remain in effect.
**IT IS SO ORDERED.**

\* Order Date:  2/6/15 

Effective Date:  11/01/2015 
*(if different from order date)*

*Judge's signature*

LARRY R. HICKS, U.S. District Judge
*Printed name and title*

\* Asterisk identifies amendments